**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLOYD HILLS NELSON, | No. CV 19-5276-AB (JPR) |
| Petitioner, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| KEVIN CLARK, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The First Amended Petition is denied.

3. Judgment should be entered consistent with this order.

4. The clerk should serve this Order and the Judgment on all counsel or parties of record.

DATED: November 8, 2022

HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE