JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD HILLS NELSON,<br><br>        Petitioner,<br><br>    v.<br><br>KEVIN CLARK, Warden,<br><br>        Respondent. | Case No. CV 19-5276-AB (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: November 8, 2022

ANDRE BIROTTE JR.
U.S. DISTRICT JUDGE